IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO D. RICHARDSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:12-cv-409 |
| ROLAND COLSON, Warden, | ) Judge Trauger |
| Respondent. | ) |

## ORDER

Petitioner Antonio D. Richardson's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1) is before the Court for initial review. Rule 4, Rules Gov'g § 2254 Cases. Having conducted that initial review, the court finds that the petition states colorable claims for relief based on the alleged violation of the petitioner's rights under the Double Jeopardy Clause of the Fifth Amendment and his right to the effective assistance of counsel.

Accordingly, the Clerk is **DIRECTED** to serve a copy of the petition and this order by certified mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules Gov'g § 2254 Cases. The respondent is **DIRECTED** to file an answer, motion, or other response within **30 days** of the date of entry of this order on the docket. Rule 5, Rules Gov'g § 2254 Cases. The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244(b)(3)(A) and shall also address the question of whether the petition is timely.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge