IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO RICHARDSON, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 3:12-cv-409 |
| RONALD COLSON, Warden, | ) | Judge Trauger |
| Respondent. | ) | |

## ORDER

Petitioner Antonio Richardson pleaded guilty in 2004 to one count of attempted aggravated robbery and was found guilty by a jury on three counts of especially aggravated kidnapping, one count of aggravated assault, one count of felony reckless endangerment, and one count of burglary. He received an effective sentence of more than 60 years in prison. He is presently an inmate at Riverbend Maximum Security Institution in Nashville, Tennessee. Now before the court is his *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.)

Having considered each claim raised by Richardson in his petition, the court finds, for the reasons set forth in the accompanying Memorandum Opinion, that Richardson is not entitled to habeas relief on the basis of any of the grounds presented. The petition is therefore **DENIED** and this matter **DISMISSED**.

Further, for the reasons stated in the accompanying Memorandum Opinion, the Court **DENIES** a certificate of appealability. The petitioner therefore may not appeal this Order unless he obtains a certificate of appealability directly from the Sixth Circuit Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.

Richardson's requests for appointment of counsel and a hearing on his habeas petition are **DENIED AS MOOT**.

It is so **ORDERED**.

Entry of this order shall constitute the judgment in this matter.

_____
Aleta A. Trauger
United States District Judge